Arturo E. Matthews, Jr., Esq.
Email: aem@matthewsfirm.net
California Bar No. 145232
6 Hutton Centre Drive, Suite 600
Santa Ana, CA  92707
Telephone:  714-647-7110
Facsimile: 714-647-5558

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shawna Bagwell, | Case No. 8:16-cv-02053-CJC-DFM |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| Orions Management Group, LLC, | |
| Defendant. | |

Now comes Plaintiff, through counsel, to notify the Court that the parties have reached a settlement.  The parties are currently working on facilitating the settlement.  Plaintiff expects to dismiss this case within sixty days.

RESPECTFULLY SUBMITTED,

Date: December 27, 2016            By:   /s/ Arturo E. Matthews, Jr.

Notice of Settlement - 1

# CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2016, I electronically filed the foregoing Notice. Service of this filing will be made by the Plaintiff's Counsel upon the following:

Manuel H. Newburger
Barron & Newburger, PC
1212 Guadalupe, Suite 104
Austin, TX  78701
mnewburger@bn-lawyers.com

Counsel for Defendant

/s/ Arturo E. Matthews, Jr.